United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Gossip Shack, LLC,** | § | **Case No. 26-45024-MXM-11** |
| | § | |
| **Debtor.** | § | **Subchapter V** |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee appoints the following qualified individual as Subchapter V Trustee in the referenced case:

Hudson Jobe
6060 North Central Expressway, Suite 500
Dallas, TX 75206
E-mail: hjobe@jobelawpllc.com
Phone: (214) 807-0563

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: November 9, 2026

Respectfully Submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE FOR REGION 6

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney
Texas Bar No. 224033042
United States Trustee
1100 Commerce, Room 976
Dallas, TX 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

**Certificate of Service**

I certify that I sent copies of this motion on November 9, 2026, to all parties listed on the attached matrix via first class U.S. Mail, postage prepaid.

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt

1United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Gossip Shack, LLC,** | § | **Case No. 26-45024-MXM-11** |
| | § | |
| **Debtor.** | § | **Subchapter V** |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $575.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP

2008.

Dated: November 9, 2026

*/s/ Hudson Jobe*_________________________
**HUDSON JOBE**
**SUBCHAPTER V TRUSTEE**

Label Matrix for local noticing
0539-4
Case 26-45024-mxm11
Northern District of Texas
Ft. Worth
Mon Nov 9 09:06:29 CST 2026

Gossip Shack, LLC
1615 Grand Avenue Parkway, Suite 110
Pflugerville,, TX 78660-2060

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the United States
Main Justice Building, Room 5111
10th & Constitution Ave. NW
Washington, DC 20530-0001

Beckham Capital LLC
511 Meadow Sweet Lane
Waxhaw, NC 28173-7448

Bobs Tax Teachers LLC
209 12th St., Ste 105
Pflugerville, TX 78660-6207

Chance Capital, Inc.
UT 84060

(p)CLICKLEASE LLC
1182 W 2400 S
WEST VALLEY CITY UT 84119-8510

Global Grand, LLC
c/o Global Realty & Management TX, Inc.
15866 Champion Forest Dr.
Klein, TX 77379-7141

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code 5027-DAL
1100 Commerce St. MS 5141 Room 1035
Dallas, TX 75242-1054

Mantis Funding LLC
2700 N. Military Trail, Suite 450
Boca Raton, FL 33431-1808

ODK Capital, LLC (OnDeck)
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009-5133

Parafin
301 Howard St. Suite 1500
San Francisco, CA 94105-6611

Rodney Williams
320 Swenson Dr.
Hutto, TX 78634-4376

Texas Alcoholic Beverage Commission
P.O. Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Torro, LLC
5965 South 900 East, Suite 300
Salt Lake County, UT 84121-1861

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ClickLease LLC
1182 W 2400 S
South Salt Lake, UT 84119

Texas Comptroller of Public Accounts
C/O Revenue Accounting Division Bankrupt
P.O. Box 13528 MC-008
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-0996

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 23 |
| Bypassed recipients | 1 |
| Total | 24 |